# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE GARZA,<br><br>  Plaintiff,<br><br>  v.<br><br>K. TOOR, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-01992-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR STAY OF TRANSFER DUE TO PENDING CASE<br><br>(ECF Nos. 9, 13) |

Plaintiff Enrique Garza ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 22, 2013, and the matter was transferred to this Court on December 5, 2013. On July 14, 2014, Plaintiff filed a motion requesting an order staying any transfer of Plaintiff out of Valley State Prison pending resolution of this action. (ECF No. 9.)

On October 7, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for a stay of his transfer from Valley State Prison pending resolution of this action be denied. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. (ECF No. 13.) More than thirty days have passed and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 7, 2014, are adopted in full; and
2. Plaintiff's motion for a stay of his transfer from Valley State Prison pending resolution of this action, filed on July 14, 2014, is DENIED.

IT IS SO ORDERED.

Dated:   November 20, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE